No. 94–1865.  FIRST PACIFIC BANK ET AL. *v.* GILLERAN ET AL. C. A. 9th Cir.  Certiorari denied.

No. 94–1866.  NORTHWEST TITLE & ESCROW CORP. *v.* EDINA REALTY, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–1867.  AMERICAN LIFE LEAGUE, INC., ET AL. *v.* RENO, ATTORNEY GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 94–1869.  IN RE EUBANKS, DBA LAWYER COMPLAINT SERVICE.  Sup. Ct. Fla.  Certiorari denied.

No. 94–1872.  DEIBLER ET UX. *v.* ATLANTIC PROPERTIES GROUP, INC., ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 94–1874.  PORTER-COOPER *v.* DALKON SHIELD CLAIMANTS TRUST.  C. A. 8th Cir.  Certiorari denied.

No. 94–1876.  MAUK ET UX. *v.* ENGLE, DIRECTOR, WASHINGTON COUNTY DEPARTMENT OF SOCIAL SERVICES.  Ct. Sp. App. Md. Certiorari denied.

No. 94–1877.  MAISONET *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 94–1879.  ISLAM ET AL. *v.* CREATIVE TOURS MICRONESIA, INC.  C. A. 9th Cir.  Certiorari denied.

No. 94–1880.  HOMESTEAD INSURANCE CO. *v.* ZOPPO ET AL. Sup. Ct. Ohio.  Certiorari denied.

No. 94–1884.  WOLFE *v.* ALLEGHENY BEVERAGE CORP. ET AL. Commw. Ct. Pa.  Certiorari denied.